IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONOVAN NEWTON, | CASE NO.: |
| Plaintiff, | |
| | JUDGE: |
| versus | |
| | MAGISTRATE JUDGE |
| CARTER CREDIT UNION A/K/A CARTER FEDERAL CREDIT UNION, | |
| Defendant. | |
| _____/ | |

### NOTICE OF REMOVAL

NOW INTO COURT, by undersigned counsel, comes defendant, Carter Credit Union a/k/a Carter Federal Credit Union and timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331 and § 1441(a), (b) and (c) removing this action from the Shreveport City Court of Caddo Parish, Louisiana, to the United States District Court for the Western District of Louisiana, and alleges as follows:

1. Plaintiff commenced this action on or about January 13, 2020. A copy of the complaint is attached as Exhibit A.

2. In this lawsuit, plaintiff seeks to challenge the reversal of reportedly fraudulent transfers made through the Automated Clearing House ("ACH") system and seeks relief against defendant as a furnisher of credit reporting information that is available solely pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681s-2(a), 1681(t)(b)(1)(F).

3. Plaintiff's claims related to credit reporting are governed solely by the FCRA and plaintiff's claims related to the reversal of reportedly fraudulent ACH

transfers present a dispute under the Electronic Funds Transfer Act, 15 U.S.C. §§ 1693 *et seq.*

4. A cause of action seeking recovery available only under federal law is removable to federal court pursuant to 28 U.S.C. §1441(c). *Keller v. Bank of America, N.A.*, 228 F.Supp.3d 1247 (D.Kan. 2017); *Arnold v. Navient Solutions, LLC*, No. 17-CV-1277 (N.D.N.Y. 12/19/18), 2018 WL 6671542.

5. This court therefore has original subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331 as a civil action founded upon a claim of right arising under the laws of the United States, this action may be removed to this court pursuant to the provisions of 28 U.S.C. §1441(a), (b) and (c).

6. To the extent that plaintiff asserts any valid cause of action under Louisiana law (which is denied), defendant respectfully requests that this Court exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

7. This Notice of Removal is being filed within thirty days of defendant's receipt of the Complaint as required by 28 U.S.C. §1446(b).

8. Copies of all pleadings, process or orders served on defendant to date are attached to this Notice as required by 28 U.S.C. §1446(a).

9. All fees required by law in connection with this notice have been filed by defendant.

WHEREFORE, Defendant removes the above-captioned matter now pending in the Shreveport City Court in Caddo Parish, Louisiana, to the United States District Court for the Western District of Louisiana.

Respectfully submitted,

Taylor, Wellons, Politz & Duhe, APLC

/s/ Stephen T. Perkins
PAUL J. POLITZ (#19741)
STEPHEN T. PERKINS (#21014)
1515 Poydras Street, Suite 1900
New Orleans, LA 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899

COUNSEL FOR DEFENDANT,
CARTER FEDERAL CREDIT UNION

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that on February 12, 2021, a copy of the Notice of Filing of Notice of Removal is being served by fax and by first class U.S. mail, postage prepaid and properly addressed, to the following:

David A. Szwak, Esquire
Bodenheimer, Jones & Szwak, LLC
416 Travis Street, Suite 800
Mid South Tower
Shreveport, Louisiana
*BY FAX 1.318.221.6555.*

/s/ Stephen T. Perkins
Taylor, Wellons, Politz & Duhe, APLC